Barcalo Manufacturing Company, Appellant, v. Maldonado & Co., Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

James R. O'Gorman, Respondent, v. John Tiernan, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that the court erred in charging the jury that if the jury found a verdict for the plaintiff it should be in the sum of fifty dollars. All concurred.

Ray Rosenthal, Respondent, v. John Foley, Appellant, Impleaded with Rose Foley.— Judgment affirmed, with costs. All concurred.

In the Matter of the Application for Disbarment of Eugene W. Harrington, an Attorney.— Report of referee confirmed and the name of the said Eugene W. Harrington ordered stricken from the roll of attorneys and counselors of the Supreme Court and the said attorney forbidden to practice in any of the courts of this State. All concurred.

John H. Grant, as Trustee in Bankruptcy of Interstate Paving Company, Respondent, v. Uvalde Asphalt Paving Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Henry Tosh and Allen H. Tosh, Respondents, v. Lawler Brothers Construction Company, Appellant.— Judgment affirmed, with costs. All concurred.

L. A. Becker Company, Appellant, v. Joseph W. Delahunt, Respondent.— Judgment and order affirmed, with costs. All concurred.

Julius Mroz, Respondent, v. William J. Conners, Appellant.— Judgment and order affirmed, with costs. All concurred.

Erastus D. Potter, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. See opinion by Spring, J., on former appeal in same case, reported at 134 Appellate Division, 827. All concurred, except McLennan, P. J., and Robson, J., who dissented upon the ground that the evidence fails to establish any further duty of defendant as to giving signals at the crossing in question than that required at the ordinary farm crossing.

Burton E. Sayles, as Executor, etc., Appellant, v. William T. Kelley, Respondent. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Burton E. Sayles, as Executor, etc., Appellant, v. Charles Oster and Elmer Mack, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

Almira Miller, Respondent, v. Grace E. Miller, Appellant.— Motion to dismiss appeal denied, without costs.

George Rahn, Appellant, v. Robert Ablett, Respondent.— Motion granted and appeal dismissed, without costs.

Charles C. Kellogg & Sons Company, Respondent, v. Rocco Dapice and Others, Appellants.— Motion granted and appeal dismissed, with costs.